PEOPLE v CRY, No. 137744. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283682.

PEOPLE v JURICH, No. 137751. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 287300.

PEOPLE v SALLY BENNETT, No. 137754; Court of Appeals No. 277682.

PEOPLE v KNUCKLES, No. 137769. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284839.

BRICKMAN v BRICKMAN, No. 137770; Court of Appeals No. 278403.

PEOPLE v LANNING, No. 137777. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286655.

PEOPLE v BOWLER, No. 137791. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285675.

ASSET ACCEPTANCE LLC v EVANS, No. 137793; Court of Appeals No. 282774.

PEOPLE v SANDERS, No. 137849; Court of Appeals No. 278740.

PEOPLE v CREWS, No. 137859. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286278.

PEOPLE v BRIDGEFORTH, No. 137868. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286101.

PEOPLE v RONE, No. 137872; Court of Appeals No. 286385.

PEOPLE v TAPERT, No. 137901; Court of Appeals No. 288084.

PEOPLE v HEISS, No. 137943; Court of Appeals No. 278790.

DOE v HENKE, No. 137948; Court of Appeals No. 278763.

PEOPLE v CLOIS BELL, No. 137954; Court of Appeals No. 277554.

PEOPLE v GADOMSKI, No. 137955; Court of Appeals No. 279864.

PEOPLE v HUGO RODRIGUEZ, No. 137964; Court of Appeals No. 279184.

PEOPLE v MARCUS ADAMS, No. 137982; Court of Appeals No. 279203.

WESLEY & VELTING, LLC v VILLAGE OF CALEDONIA, No. 137996; Court of Appeals No. 278264.

PEOPLE v RICHARD MATTHEWS, No. 138017; Court of Appeals No. 278689.